**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **WINDER HUMBERTO PENA HIDALGO,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2738-PRW** |
| | ) | |
| **TODD BLANCHE, ET AL.,** | ) | |
| | ) | |
| **Respondents.** | | |

## <u>ORDER</u>

Before the Court is Petitioner's counsel's motion for admission pro hac vice, Doc. 3, and request to proceed without local counsel under LCvR83.3. Doc. 2.

The Court grants permission for counsel Brandon Carter to proceed pro hac vice for the limited purpose of representing the Petitioner in the above-captioned matter.

The Court has discretion to waive the local counsel requirement if non-resident counsel establishes "financial hardship, special qualifications of non-resident counsel, or other good cause," and "certifies familiarity with the local civil court rules." LCvR83.3(c).

Counsel states he is familiar with the Court's Local Civil Rules. Doc. 2, at 3. Counsel also represents to the Court that he has special qualifications for handling this habeas corpus proceeding. *Id.* at 2.

Having considered the request, the Court grants it and excuses counsel from Rule 83.3's association of local counsel requirement.

The Court directs counsel to file his entry of appearance as required by LCvR83.4.

**SO ORDERED** this 5th day of October, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE